■ In the Matter of A. C. CORCILLO, INC., et al., Petitioners, against ALFRED J. BOHLINGER, as Superintendent of Insurance of the State of New York, Respondent.—Motion for leave to appeal to the Court of Appeals denied, with $10 costs, and the motion for a stay, in all respects, denied. Concur— Rabin, J. P., Valente, McNally and Bergan, JJ. [See *ante,* p. 993.]

■ QUICK SERVICE NOVELTY CORP. v. BEN SCHARF et al., Doing Business as SHIRLEY ANN SPORTSWEAR.— Motion for reargument denied, with $10 costs. Concur — Botein, J. P., Rabin McNally and Bergan, JJ. [See *ante,* p. 989.]

■ EVELYN L. BROWNE, Appellant, v. PRUDENTIAL INSURANCE COMPANY OF AMERICA, Defendant, and LENA B. BUREY et al., Respondents. LENA BUREY et al., Respondents, v. PRUDENTIAL INSURANCE COMPANY OF AMERICA, Defendant, and EVELYN BENNETT, Appellant.—Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs, and stay vacated. Concur — Breitel, J. P., Rabin, Frank, Valente and McNally, JJ. [See *ante,* p. 908.]

■ FAYE SCHEINBERG v. HARRY SCHEINBERG.—Motion for leave to appeal to. the Court of Appeals or for reargument denied, with $10 costs. Concur— Peck, P. J., Botein, Frank, Valente and McNally, JJ. [See *ante,* p. 902.]

■ VIRGINIA C. CONNOLLEY v. ROBERT E. CONNOLLEY.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur—Peck, P. J., Breitel, Botein, Rabin and Frank, JJ. [See *ante,* p. 734.]

■ EVELYN BRODY v. BARNIE BRODY.— Motion for reargument denied, with $10 costs. Concur — Botein, J. P., Rabin, McNally and Bergan, JJ. [See *ante,* p. 992; 4 A D 2d 744.]

■ ELEANORE M. LOEB v. WILLIAM LOEB.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur—Botein, J. P., Rabin, Frank, Valente and McNally, JJ., [See *ante,* p. 834.]

■ GEORGE GRACE, Appellant-Respondent, v. DRY DOCK SAVINGS BANK, Defendant and Interpleading Plaintiff. KNOLLS COOPERATIVE SECTION No. 2, INC., Interpleaded Defendant-Respondent-Appellant.—Motion for reargument denied, with $10 costs. Concur—Peck, P. J., Botein, Rabin, Frank and Valente, JJ. [See *ante,* p. 556.]

■ In the Matter of HARRIET B. PRESCOTT, Appellant, against ROBERT C. WEAVER, as State Rent Administrator, Respondent, and MAYFAIR-YORK CORP., Intervenor-Respondent.—Motion to dismiss appeal granted on consent, without costs. Concur — Breitel, J. P., Frank, Valente, McNally and Bergan, JJ.

■ In the Matter of the Probate of the Will of MARCEL J. ROUGERON, Deceased. JULES J. ROUGERON, Appellant; JEANNE A. ROUGERON, Respondent. —Motion to dismiss appeal granted, with $10 costs. Concur—Breitel, J. P., Frank, Valente, McNally and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. CHRISTOPHER ROMANO. Motion to dismiss appeal granted. Concur—Breitel, J. P., Frank, Valente, McNally and Bergan, JJ.